STATE OF CONNECTICUT *v.* JOHN T. PRICE
(AC 18025)

Lavery, Hennessy and Daly, Js.

Argued January 26—officially released February 23, 1999

Per Curiam. The judgment is affirmed.

BOBHIC ASSOCIATES LIMITED PARTNERSHIP *v.*
CARRABBA OB-GYN ASSOCIATES, INC., ET AL.
(AC 18416)

Schaller, Spear and Hennessy, Js.

Submitted on briefs January 28—officially released February 23, 1999

Per Curiam. The judgment is affirmed.

UST BANK/CONNECTICUT *v.* JAMES M.
DAVENPORT ET AL.
(AC 18477)

Schaller, Spear and Hennessy, Js.

Submitted on briefs January 28—officially released February 23, 1999

Per Curiam. The judgment is affirmed.